AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA
### EASTERN DIVISION

| | |
|---|---|
| STEVEN L. FRAZIER,<br>　　　Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br>　　　Defendant. | **JUDGMENT**<br>**CASE NO. 4:12-CV-232-D** |

Decision by the Court:

　　**IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for Judgment on the Pleadings [D.E. 25] is DENIED, Defendant's Motion for Judgment on the Pleadings [D.E. 27] is GRANTED, Defendant's final decision is AFFIRMED, and this action is DISMISSED. The Clerk shall close the case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **DECEMBER 6, 2013,** WITH A COPY TO:

Derrick Arrowood  (via CM/ECF electronic notification)
Lisa M. Rayo (via CM/ECF electronic notification)

| | |
|---|---|
| <u>December 6, 2013</u><br>Date | JULIE A. RICHARDS, Clerk<br>Eastern District of North Carolina<br><br><u>/s/Debby Sawyer</u><br>(By) Deputy Clerk |

Raleigh, North Carolina